JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LEE AUSTIN, JR., <br><br> Petitioner, <br><br> v. <br><br> EDWARD BORLA, Acting Warden, <br><br> Respondent. | Case No. 8:23-cv-02455-FLA (E) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, it is adjudged that the Petition is DENIED and DISMISSED with prejudice.

IT IS SO ORDERED.

Dated: July 1, 2024

FERNANDO L. AENLLE-ROCHA
United States District Judge

1